IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HUGO ERNESTO MOLINA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:17-CV-882-L** |
| **THE VOLUNTEERS OF AMERICA,** | § | |
| **TEXAS, INC.; ANGELA KING; MARY** | § | |
| **QUIMBY; DUANE GARCIA ERICA** | § | |
| **SMITH, JENEAN BRAY;** | § | |
| **and GREG BASHAM,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Defendants Volunteers of America, Texas, Inc., Angela King, Mary Quimby, Erica Smith, Duane Garcia, Jenean Bray, and Greg Basham's Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to FRCP 12(b)(6) ("Motion") (Doc. 26), filed October 16, 2018. On August 16, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 37) was entered, recommending that the court grant Defendants' Motion and dismiss all claims by Plaintiff against Defendants in this action. Plaintiff filed fifty-five pages of objections to the Report on August 30, 2019, in which he continues to assert essentially the same arguments in support of his claims of discrimination and retaliation under the Americans with Disabilities Act and maintains that he has suffered a compensable injury or injuries. Most of Plaintiff's objections consist of a summary of various legal authority without any explanation regarding the relevance of such authority as it pertains to the magistrate judge's findings and conclusions.

**Order – Page 1**

After carefully reviewing the motion, briefs, pleadings and Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections, **grants** Defendants' Motion (Doc. 26), and **dismisses with prejudice** all claims asserted by Plaintiff in this action against Defendants. Further, as Plaintiff was unable to state a valid claim for relief despite being allowed to amend his pleadings a number of times, the court determines that he has pleaded his best case, and further amendment would be futile and unnecessarily delay the resolution of this litigation. The court, therefore, will not allow Plaintiff to further amend his pleadings.

**It is so ordered** this 3rd day of September, 2019.

Sam A. Lindsay
United States District Judge